IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALBERT D. FEESER, :

    Plaintiff, :

                                             Case No. 3:15cv00234

vs. :

                                             District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

This Social Security case is presently before the Court upon the parties' Joint Motion To Remand To The Commissioner. (Doc. #13). The parties agree that this matter should be remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's Decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary, including offering Plaintiff a new hearing, to determine whether Plaintiff is under a disability as defined by the Social Security Act.

### IT IS THEREFORE ORDERED THAT:

    1.    The parties' Joint Motion To Remand To The Commissioner (Doc. #13) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in favor of Plaintiff Albert D. Feeser pursuant to Fed. R. Civ. P. 58;

3. This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge